**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 15-22872-CV-UNGARO**

JANE DOE,

    Plaintiff,
vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, JANE DOE, hereby gives notice to the Court that a settlement has been reached between all parties on all claims brought in this civil action. The parties agree that settlement is to be funded within thirty (30) days of receipt of the executed release. Plaintiff requests that the Court allow at least forty-five (45) days for the parties to consummate the settlement terms before requiring the parties to file a Stipulation of Dismissal and/or dismissing this case.

    Dated: March 23rd, 2017

    Respectfully Submitted,

    **BRAIS BRAIS RUSAK**
    *Attorneys for Plaintiff*
    Dadeland Towers
    9300 S. Dadeland Blvd.
    Suite 101
    Miami, Florida 33156
    Telephone: (305) 416-2901
    Facsimile:  (305) 416-2902

    By:   */s/Keith S. Brais*
           KEITH S. BRAIS
           Florida Bar No.: 863319
           kbrais@braislaw.com
           RICHARD D. RUSAK
           Florida Bar No.: 614181

rrusak@braislaw.com
JULIETH A. FRESCO
Florida Bar No.: 96256
jfresco@braislaw.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on March 23rd, 2017 we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/Keith S. Brais
KEITH S. BRAIS

## SERVICE LIST

*Doe vs. Carnival Corporation*
*Case No.: 15-22872-CV-UNGARO*

| | |
|---|---|
| Keith S. Brais, Esq.<br>kbrais@braislaw.com<br>Richard Rusak, Esq.<br>rrusak@braislaw.com<br>**BRAIS & ASSOCIATES, P.A.**<br>9300 S. Dadeland Blvd.<br>Suite 101<br>Miami, FL 33156<br>Telephone:(305) 416-2901<br>Facsimile (305) 416-2902<br>*Attorneys for Plaintiff* | Curtis J. Mase, Esq.<br>cmase@maselara.com<br>Christine M. Dimitriou, Esq.<br>cdimitriou@maselara.com<br>**MASE LARA, P.A.**<br>2601 South Bayshore Drive<br>Suite 800<br>Miami, FL 33133<br>Telephone: (305) 377-3770<br>Facsimile:  (305) 377-0080<br>*Attorneys for Defendant* |