UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22872-CIV-OTAZO-REYES

CONSENT CASE

JANE DOE,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

ORDER REQUIRING STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon Notice of Settlement [D.E. 98], which informed the Court that the parties have reached an agreement. In light of the foregoing, it is

ORDERED AND ADJUDGED as follows:

- The parties shall file a stipulation of dismissal within **45 days** from the date of this Order.
- The Jury Trial, specially set to commence on Monday, March 27, 2017, is hereby CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of March, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record