UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22872-CV-OTAZO-REYES

JANE DOE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT TERMS

Plaintiff JANE DOE, by and through undersigned counsel, hereby files this Motion to Enforce Settlement Terms and in support states:

1. This case concerns a sexual assault which occurred on Defendant's cruise ship.

2. On March 23, 2017, the Parties entered an agreement to settle this case for a specified dollar amount in exchange for an executed release.

3. To date, Defendant has failed to tender the settlement check despite multiple requests.

4. On May 8, 2017, the Parties filed a Joint Motion for Extension of Time to File Joint Stipulation of Dismissal with the hope being that the settlement check would be received by May 15, 2017.  It has not.  Plaintiff inquired of Defendant as to the status of the settlement check before filing this Motion and was not given a response.

5. The Parties are required to file a Stipulation of Dismissal today.  Given that Defendant has failed to comply with the settlement terms, Plaintiff requests the Court not dismiss the case until it consummates the settlement terms.

*Doe v. Carnival Corp.*
CASE NO.: 15-22872-CV-OTAZO-REYES

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order compelling Defendant to tender the settlement check immediately.

## CERTIFICATE OF GOOD FAITH

**I HEREBY CERTIFY** that counsel for Plaintiff had contacted counsel for Defenant in a good faith effort to resolve the issue stated in the above Motion without Court intervention, but was unable to do so.

*/s/Richard D. Rusak*
Richard D. Rusak

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of May, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. **I ALSO CERTIFY** that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/Richard D. Rusak*
Richard D. Rusak
Bar Number 0614181
RRusak@braislaw.com
**BRAIS & ASSOCIATES, P.A.**
*Attorneys for Plaintiff*
Dadeland Towers
9300 S. Dadeland Blvd.
Suite 101
Miami, Florida 33156
Telephone: (305) 416-2901
Facsimile: (305) 416-2902

*Doe v. Carnival Corp.*
CASE NO.: 15-22872-CV-OTAZO-REYES

## SERVICE LIST
### Jane Doe vs. Carnival Corporation
### United States District Court, Southern District of Florida
### Case No.: 15-22872-CV-UNGARO

| | |
|---|---|
| Keith S. Brais, Esq.<br>kbrais@braislaw.com<br>**BRAIS, BRAIS & RUSAK**<br>9300 S. Dadeland Blvd.<br>Suite 101<br>Miami, FL 33156<br>Telephone:(305) 416-2901<br>Facsimile (305) 416-2902<br>*Attorneys for Plaintiff* | Curtis J. Mase, Esq.<br>cmase@maselara.com<br>Christine Dimitriou, Esq.<br>cdimitriou@maselara.com<br>**MASE LARA, P.A.**<br>2601 South Bayshore Drive<br>Suite 800<br>Miami, FL 33133<br>Telephone: (305) 377-3770<br>Facsimile:  (305) 377-0080<br>*Attorneys for Defendant via CM/ECF & Email* |