UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-22872-OTAZO-REYES

JANE DOE,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated by and between counsel for the Plaintiff, Jane Doe, and counsel for the Defendant, CARNIVAL CORPORATION, that all claims and causes of action between or among the Parties have been amicably resolved, and that all the claims and causes of action between or among the above Parties are dismissed with prejudice, with each Party bearing its own attorney's fees and costs.

DATED: May 19, 2017

| | |
|---|---|
| BRAIS BRAIS & RUSAK | MASE TINELLI |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 9300 S. Dadeland Blvd. Suite 101 | 2601 South Bayshore Drive, Suite 800 |
| Miami, FL 33156 | Miami, Florida 33133 |
| Telephone:(305) 416-2901 | Telephone: (305) 377-3770 |
| Facsimile (305) 416-2902 | Facsimile: (305) 377-0080 |
| | |
| By:*/s/ Richard D. Rusak* | By: */s/ Christine M. Dimitriou* |
| KEITH S. BRAIS | CURTIS J. MASE |
| Florida Bar No. 0863319 | Florida Bar No. 478083 |
| kbrais@braislaw.com | cmase@masetinelli.com |
| RICHARD D. RUSAK | CHRISTINE M. DIMITRIOU |
| Florida Bar No. 0614181 | Florida Bar No.: 99381 |
| rrusak@braislaw.com | cdimitriou@masetinelli.com |



15-cv-22872-OTAZO-REYES

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christine M. Dimitriou*____
CHRISTINE M. DIMITRIOU

15-cv-22872-OTAZO-REYES

**SERVICE LIST**

**Keith S. Brais**
Florida Bar No.: 0863319
**Richard D. Rusak**
Florida Bar No. 0614181
Attorney E-mails: kbais@braislaw.com
And rrusak@braislaw.com
BRAIS BRAIS & RUSAK
9300 S. Dadeland Blvd., Suite 101
Miami, FL 33156
Phone: (305) 416-2901
Fax: (305) 416-2902
Attorneys for Plaintiff

18833/#1027